IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: JOMAR VELASQUEZ | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION | ) | CASE NO. 17-10060-REF |
| **Moving Party** | ) | |
| v. | ) | 11 U.S.C. 362 |
| | ) | |
| JOMAR VELASQUEZ | ) | HEARING DATE: **5-11-17 at 9:30 AM** |
| **Respondent(s)** | ) | |
| | ) | |
| FREDERICK L. REIGLE | ) | |
| **Trustee** | ) | |
| | ) | |
| | ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2008 Chevrolet Equinox** bearing vehicle identification number 2CNDL23F686040554 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Date: May 12, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE