United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10060-ref
Jomar Velasquez                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Cathleen        Page 1 of 2          Date Rcvd: Jul 27, 2017
                            Form ID: pdf900       Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
```
db             +Jomar Velasquez,    1911 Fairview Ave.,    Reading, PA 19606-1714
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road, Ste. 300,    Southfield, MI 48034-8331
13953148        CACH, LLC its successors and assigns as assignee,    of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13847092       +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13933927       +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13847093       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13902348       +Ditech Financial LLC,    fka Green Tree Servicing, LLC,    c/o Ann E. Swartz, Esq.,
                 123 South Broad Street, Ste 1400,    Philadelphia, PA 19109-1060
13956291       +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
13847095       +Midnight Velvet,    Swiss Colony/Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
13869786       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13847098        Square One Financial/Cach Llc,    Po Box 5980,    Denver, CO 80127
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Jul 28 2017 01:49:49     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:49:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2017 01:49:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 01:45:17     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13870064        E-mail/Text: ebn@squaretwofinancial.com Jul 28 2017 01:49:55     CACH, LLC,    PO BOX 5980,
                 DENVER, CO 80217-5980
13847094       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2017 01:49:20     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
13897932        E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2017 01:49:20
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13857529        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2017 01:45:44
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13847096        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 02:06:43
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13956253        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 02:06:34
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13847097       +E-mail/Text: bankruptcy@sw-credit.com Jul 28 2017 01:49:44     Southwest Credit Systems,
                 4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Cathleen              Page 2 of 2                   Date Rcvd: Jul 27, 2017
                              Form ID: pdf900             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing, LLC
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Jomar  Velasquez tobykmendelsohn@comcast.net
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Reading jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                            TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

JOMAR VELASQUEZ
                                                    : Bankruptcy No. 17-10060REF
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                    BY THE COURT

**Date: July 27, 2017**

                                                    _____
                                                    Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING PA 19601-

JOMAR VELASQUEZ
1911 FAIRVIEW AVE.
READING,PA.19606