United States Bankruptcy Court Eastern District of Pennsylvania

**Bankruptcy Clerk's Office**

400 Washington Street Suite 300

Reading, PA 19601



Re: Reported Bankruptcy

Date Filed/Reported: 01/05/2017.

Reference#: 17-10060-ref

Closing Date: 07/27/2017

To Whom It May Concern,

I am exercising my right under the Fair Credit Reporting Act, Section 609, to request information regarding a public record from your court appearing on my consumer credit report. I have disputed the item with the credit bureaus Experian, Equifax and TransUnion – all of which confirmed that the public record was verified by you.

Please provide the procedure in which you report information specifically as it pertains to Experian, Equifax and Transunion, as well as the method by which you verified information to Experian, Equifax and Transunion if they request it. I am not asking for information regarding PACER, LexisNexis, simply information pertaining to the credit bureaus themselves.

Thank you for your time and help in this matter.

Sincerely,


Jomar Velasquez


236 Savannah Preserve Loop

Davenport, FL 33837