United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 17-10060-ref |
|---|---|
| Jomar Velasquez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 27, 2023 | Form ID: 235 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jomar Velasquez, 1911 Fairview Ave., Reading, PA 19606-1714 |
| | + | Jomar Velasquez, 236 Savannah Preserve Loop, Davenport, FL 33837-6502 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

**Name            Email Address**

ANN E. SWARTZ
               on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

BRENNA HOPE MENDELSOHN
               on behalf of Debtor Jomar Velasquez tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
               on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

FREDERICK L. REIGLE
               ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

JAMES RANDOLPH WOOD
               on behalf of Creditor City of Reading jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 27, 2023 | Form ID: 235 | Total Noticed: 2 |

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9

*Form 235* (3/23)–doc 42

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Jomar Velasquez<br><br>　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 17–10060–ref<br><br>Chapter: 13 |

## Notice to debtor(s) in re: credit reporting

In reply to your letter, the Bankruptcy Court **does not report information** to any of the credit reporting agencies. The credit reporting agencies, however, collect information regarding bankruptcy cases directly from the court's **public** records. Bankruptcy petitions, schedules, and other documents are public records. Regardless of the disposition of your case (i.e., open, closed, discharged, dismissed, etc.) the credit reporting agencies can report your case on your credit report for up to ten years.

The Bankruptcy Court is unable to assist you with removing or correcting information listed on your credit report.

For more information, please visit the following webpage:
(https://www.paeb.uscourts.gov/credit–reporting–and–court–records)

Date: December 27, 2023

For The Court

Timothy B. McGrath
Clerk of Court